UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

USA

VS.                                CIVIL NO. 97-1683    (JAF)

One Urban lot #10181, et al.

---

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

**ORDER**

The government shall file a status report as to pending matters within 15 days.

12

9/29/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(62)