# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

    VS.                                    CIVIL NO. __97-1683__ (JAF)

ONE URBAN LOT #10181 LOCATED
AT NUEVO CERRO SAN TOMAS, ETC.

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

THE GOVERNMENT SHALL FILE A STATUS REPORT AS TO PENDING MATTERS **NOT LATER THAN MARCH 24, 2000, OR FACE DISMISSAL.** SEE DOCKET DOCUMENT NUMBER 62.

_3/14/2000_
DATE

_JOSE A. FUSTE_
U.S. DISTRICT JUDGE