IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA :
:
    Plaintiff, :
:
v. : CIVIL NO. 97-1683 (JAF)
:
G) ALL JEWELRY INVENTORY IN :
"PRIME GOLD" JEWELRY STORE :
LOCATED AT CONCORDIA STREET #64:
PONCE, PUERTO RICO. :
:
    Defendants :
:

ORDER

Upon Plaintiff's motion and the court otherwise being fully appraised of the premises, it is hereby ORDERED that the following defendant jewelry

    a. Gold bracelet (valentino) with "Meko" name engraved, Cubic zirconia and three attached chains.

be returned to Glorybelle Chamorro Rivera.

SO ORDERED

In San Juan, Puerto Rico, this 23rd day of April, 2000.

JOSE A. FUSTE
United States District Judge