IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

B) ONE URBAN LOT LOCATED AT
NUEVO CERRO SAN TOMAS, 5TH
STREET #F-1,
PONCE, PUERTO RICO,
DESCRIBED AS:

  A single story, single family dwelling painted color peach and has an unpainted fence around it with no iron gates to control access to the property, the fence is approximately two (2) feet tall. The residence is the fourth residence North of the intersection of 3rd Street and 5th Street.

This property is not inscribed in the Puerto Rico Property Registry.

Defendant.

Criminal No. 97-1683 (JAF)

## JUDGMENT

  Pursuant to the parties' Stipulation for Release of Real Property, the Court hereby ENTERED JUDGMENT incorporating the terms of the stipulation as if set forth herein.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 2nd of May, 2000.

JOSE ANTONIO FUSTE
UNITED STATES DISTRICT JUDGE