UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>G) ALL JEWELRY INVENTORY IN "PRIME GOLD" JEWELRY STORE LOCATED AT CONCORDIA STREET #64, PONCE, PUERTO RICO,<br><br>Defendants. | Civil No. 97-1683 (JAF) |

**O R D E R**

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge