UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1683 (JAG)

A) ONE URBAN LOT #10181 LOCATED AT
NUEVO CERRO SAN TOMAS, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/07/00<br>**Title:** United States' Motion Requesting Lift of Stay<br>**Docket:** 71<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: 8/29/00

JAY A. GARCIA-GREGORY
U.S. District Judge

