# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff(s)**

        v.                        **CIVIL NUMBER:** 97-1683 (JAG)

A) ONE URBAN LOT #10181 LOCATED AT
NUEVO CERRO SAN TOMAS, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/05/00<br>**Title:** Motion to Amend Master Address List (by Barbosa)<br>**Docket:** 69<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED,** as requested. |

**Date:**  10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: (13)

OCT - 6 2000