UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: OCTOBER 10, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　**CASE NO. CIVIL 97-1683 (JAG)**

==================================================================

UNITED STATES OF AMERICA　　　　　　Attorneys:
　　　　　　　　　　　　　　　　　　For Plaintiffs:

　　　　VS
　　　　　　　　　　　　　　　　　　For Defendant:
ONE URBAN LOT #10181 ETC

==================================================================

　　By Order of the Court a status conference in the above-mentioned case is set for **WEDNESDAY, OCTOBER 18, 2000 AT 3:00 PM before Judge Garcia Gregory.**

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY

s/c: (13)
OCT 13 2000