UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                        DATE: OCTOBER 18, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIVIL 97-1683(JAG)
================================================================
UNITED STATES OF AMERICA            Attorneys:
                                     For Plantiff: ISABEL
                                     MUNOZ & MIGUEL FERNANDEZ
         VS
                                     For Defendant:
ONE URBAN LOT #10181                 FELIPE SANABRIA
                                     JOSE VAZQUEZ
                                     DAVID ROMAN
================================================================

Case called for status conference. Theories of parties heard. Court is informed that property E is stayed since the case against Francisco Leon is still pending. As to properties A & C which are represented by attorney Roman the Court advises the parties to try to reach a settlement. As to the properties of Lydia Barbosa and Manuel Perez the parties are close to settling this matter.

Court grants the parties 90 days to complete discovery and sets a **settlement conference for January 22, 2001 at 4:00 PM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy