UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**　　　　　　　　DATE: JANUARY 26, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　CASE NO. Civ 97-1683 (JAG)

================================================================

| UNITED STATES OF AMERICA | Attorneys: |
| --- | --- |
|  | For Plaintiffs: ISABEL MUNOZ |
| VS |  |
| ONE URBAN LOT #10181 | For Defendant: JOSE BLANCO, DAVID ROMAN |

================================================================

Case called for settlement conference. Motion for withdrawal of jewelry #76 is hereby granted. Attorney Blanco has made an offer of settlement which has been refused by the government.

Government indicates to the Court that the appraisal of the properties have been prepared.

Attorney Roman indicates that the has had difficulty in communicating with his clients and requests two additional weeks to make more efforts to reach his clients. Request is granted.

As to Mr. Blanco's client the government is requesting the totality of the appraised value which is $56,000. He indicates that his client does not have the economic means to raise that amount of money.

AUSA will be filing a motion for summary judgment by Friday, March 2, 2001 and defendant will respond by Monday, April 2, 2001.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LILY ALICEA
　　　　　　　　　　　　　　　　　COURTROOM DEPUTY