# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff(s)**

    v.                  **CIVIL NUMBER:** 97-1683 (JAG)

A) ONE URBAN LOT #10181 LOCATED AT
NUEVO CERRO SAN TOMAS, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/23/01<br>**Title:** Second Motion Requesting Extension of Time<br>**Docket:** 79<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

**Date:** April 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

