IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**

CIVIL NO. 97-1683 (JAG)

v.

G) ALL JEWELRY INVENTORY IN
"PRIME GOLD JEWELRY STORE
LOCATED AT CONCORDIA STREET
# 64 PONCE, PUERTO RICO.

**Defendant(s)**

---

### ORDER

Upon plaintiff's motion and the Court being apprised in the premises, it is hereby ORDERED that the following defendant jewelry:

    a.    Ticket No. 6858- Silver Ring with a stone;

    b.    Ticket No. 1853- One earing with an emerald;

    c.    Ticket No. 1790- One gold earing with a diamond and some remnants of gold;

    d.    Ticket No. 1777- One gold bracelet with approximately 6 amethyst stones;

be returned to Magda Toro, if not already returned.*

---

    *    In the Minutes of the Status Conference held on January 26, 2001, the Court had ordered the return of this jewelry. This Order is entered as matter of record because plaintiff's motion



Civil No. 97-1683 (JAG)                                                2

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 10th day of April 2002.

                                                           JAY A. GARCIA-GREGORY
                                                           U.S. District Judge

---

appears to be pending.