IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**Plaintiff**

CIVIL NO. 97-1683(JAG)

v.

ONE URBAN LOT # 10181 et al

**Defendant(s)**

---

**PARTIAL JUDGMENT**

Pursuant to Citibank's motion requesting voluntary dismissal(Docket # 82), the Court enters partial judgment dismissing Citibank's claims with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of April 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

