UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff(s)

v.                                CIVIL NUMBER: 97-1683 (JAG)

A) ONE URBAN LOT #10181 LOCATED AT
NUEVO CERRO SAN TOMAS, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 06/11/02<br>Title: By pla USA to request order lifting stay over dft prop<br>Docket: 88<br>[x] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |
| Date Filed: 06/24/02<br>Title: By clm Barbosa, et al to Extend Time for 30 days to respond to mot for sum/jgm<br>Docket: 90-1<br>[ ] Plffs  [X] Defts  [ ] Other | **GRANTED, claimant must file his opposition to plaintiff's motion for summary judgment on or before July 18, 2002.** |
| Date Filed: 06/24/02<br>Title: By clm Barbosa, et al to request order to gov to disclose location of these claimants<br>Docket: 90-2<br>[ ] Plffs  [X] Defts  [ ] Other | **GRANTED.** |




| | |
|---|---|
| **Date Filed:** 06/24/02<br>**Title:** By clm Espinosa-Carpintero, et al to Extend Time for 20 days to respond to gov's mot for sum/jgm<br>**Docket:** 90-1<br>[ ] Plffs  [X] Defts  [ ] Other | **GRANTED, claimant must file his opposition to plaintiff's motion for summary judgment on or before July 18, 2002.** |

Date:  July 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge