UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff**

        v.               CIVIL NO. 97-1683 (JAG)

ONE URBAN LOT #10181, et als.

    **Defendant**

---

**JUDGMENT**

In accordance with the Memorandum & Order issued today, the Court hereby enters judgment declaring Francisco Leon-Sanchez's, Florencia Espinosa-Carpintero's, Yolanda Ruiz-Mendoza's, Angela Ayala-Martinez's, Ricardo Velez-Ramos', Manuel Perez-Colon's, and Maria Barbosa's properties condemned and forfeited to the United States.

    This case is now closed for statistical purposes.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 12th day of August 2002.

                     _____
                     JAY A. GARCIA-GREGORY
                     U.S. District Judge