IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
　　　　　Plaintiff,

v.

CIVIL NO. 97-1683(JAG)

A):One urban lot #10181 Nuevo Cerro San Tomas #24 Block B describedat the Property Registry for the Commonwealth of Puerto Rico as follows: URBANA. Solar marcado con el #24 del bloque B enel plano en Parcelación de la Comunidad Punto Oro del Barrio Canas del Término Municipal de Ponce, Puerto Rico, con una cabida superficial de 0.0542 cuerdas equivalentes a 213.04 metros cuadrados, en lindes por el NORTE, con la Avenida Baramaya; SUR,con el solar#7;ESTE,con el solar#23, ENCLAVA una casa de hormigón y bloques dedicada única y exclusivamente a uso residencial." This property is inscribed in the Puerto Rico Property Registry of Ponce, Section II at page 34 of Volume 747; Property no.10181....

C): One Urban Lot #15772 Located at #24 Block D, Jardines del Caribe Urbanization Ponce, described at the Property Registry for the Commonwealth of Puerto Rico as follows: "URBANA. Solar marcado con el #24 del bloque D en el Plano de Inspección de la Urbanización Jardines del Caribe, Quinta Etapa, radicada en el Barrio Canas del Término Municipal de Ponce,Puerto Rico con una cabida superficial de 371.025 metros cuadrados, en lindes por el NORTE, en 16.119 metros , con los solares 13 y 14 del bloque D; por el SUR, en 13.563 metros con la calle #3; ESTE , en 25 metros, con el solar#23 del bloque D y por el OESTE, en 25 metros , con el solar #25 del bloque D. ENCLAVA




una casa de concreto armado para residencia."

.D): One urban lot located at Nuevo Cerro San Tomas 5th Street. #F 4. This property is not inscribed at the Property Registry for the Commonwealth of Puerto Rico. It is described as a peach colored, single story, single family dwelling.

E): One Urban Lot # 23913 located at Borinquen Ward in Ponce, described at the Property Registry for the Commonwealth of Puerto Rico as follows: "URBANA. Solar radicado en la Barriada Borinquen de Ponce, con una cabida superficial de 351.7 metros cuadrados, en lindes por el NORTE en 411.16 metros con terrenos de Sucesión de Pilar González; por el SUR, con la calle Principal de la Barriada Borinquen, quedando dicha colindancia a 3.75 metros cuadrados del eje de la referida calle principal; por el ESTE en 6.65 metros cuadrados, con la calle Mayor Cantera y por el OESTE, en 9.25 metros cuadrados con otra calle sin nombre de la Barriada Borinquen. Contiene un edificio de dos plantas constando la primera planta de tres salones comerciales, garaje y mezzanine, la segunda planta de cuartos dormitorios, comedor, cocina, sala, laundry, dos baños, balcón y terraza." This property is inscribed in the Puerto Rico Property Registry of Ponce, section I at Page 86 of Volume 1588; Property no. 23913. This property is free of liens.

F: One Urban Lot # 11852, located at Jacaguas Ward in Juana Díaz, Block B # 25 of the Urbanization Extension Luis Llorens Torres.describedat the Property Registry for the Commonwealth of Puerto Rico as follows: "URBANA. Solar #25 del bloque B en el plano de la Urbanización Extensión Luis Llorens Torres radicada en el Barrio Jacaguas de Juana Díaz, Puerto Rico, con un area superficial de 420.00 metros cuadrados, en lindes por el NORTE, en 30.00 metros con el solar #24 del bloque B; SUR, en 30.00 metros con el solar B; ESTE

en 14.00 metros con la carretera estatal 580;
OESTE, en 14.00 metros con el solar#12 del
bloque B." This property is inscribed in the
Puerto Rico Property Registry of Ponce,
Section II at Page 8 of Volume 309;
Property no. 11852. This property is free of
liens.
      Defendants

## **ORDER**

On August 12, 2002 this Honorable Court entered judgment against the above captioned defendant properties:

ORDERED, ADJUDGED AND DECREED that the defendant properties be forfeited to the United States of America and no right, title or interest in the properties shall exist in any other party. The defendant properties shall be disposed of in accordance to law by the United States Marshal Service.

Furthermore, it is hereby ordered that the Property Registry for the pertinent section shall record the above described defendant properties free and clear of liens in the name of the United States of America.

SO ORDERED.

In San Juan, Puerto Rico this ___ day of August, 2002.

JAY A. GARCIA GREGORY
UNITED STATES DISTRICT JUDGE