IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 97-1683 (JAG) |
| ONE URBAN LOT # 10181 LOCATED AT NUEVO CERRO, SAN TOMAS, ETC. | ) |
| Defendants, | ) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given that Manuel Perez Colon, claimant to property "F" as more fully described in the complaint of the captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment of Forfeiture, entered in this action on the 14th of August of 2002. This notice of appeal is being filed as a protective notice of appeal pending the appearance of new legal representation to prosecute the appeal.

Respectfully submitted, in San Juan, Puerto Rico, this 13 of September of 2002.

CERTIFICATE OF SERVICE: On this date I have sent a true copy of this motion via prepaid U.S. Mail to AUSA Isabel Muñoz, U.S. Attorney's Office, Torre Chardon, Suite 1201, 350 Chardon St., Hato Rey, P.R., 00918.

LAW OFFICE OF JOSE VAZQUEZ-GARCIA
Garden Hills Plaza, PMB #306,
1353 CARR. #19
Guaynabo, Puerto Rico 00966-2700
Phone 764-9494 Fax 764-9438

By: _____
Jose Vazquez Garcia, Esq.
USDC ID. 201002

