IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2002 SEP 17 PM 2:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-                          CIVIL NO. 97-1683-JAG

                                    PRO-SE MOTION

ONE RURAL LOT # 11852...ET.ALS.,
    Defendants.
_____/

### NOTICE OF APPEAL

**PURSUANT TO RULE 4 (c),** notice is hereby given that Manuel Perez-Colon, claimant in the above-named case, pro-se, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on the 14th day of August, 2002.

                                                Respectfully Submitted.

9-12-02
Date

Manuel Perez-Colon, #14885-069
Federal Correctional Complex-USP
P.O.Box 1033
Coleman, Fla. 33521-1033


Appeals Clerk