UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

USA
vs.
One Rural Lot # 11852 et als

CIVIL NO. 97-1683 (JAG)

*Received and filed 2002 SEP 30 AM 10:34, Clerk US District Court, Old San Juan, PR*

## DESCRIPTION OF MOTION

Date Filed: 9/17/02   Docket: 119   Title: Motion to enlarge time

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other

## ORDER

☒ Granted   ☐ Moot
☐ Denied    ☐ Noted

GRANTED. All required fees for appeal to First Circuit must be paid by Oct 6.

9/27/02
Date

Jay A. Garcia-Gregory
U.S. District Judge

s/c Appeals Clerk