# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
    Plaintiff(s)

v.                                    CIVIL NO. 97-1683(JAG)

ONE URBAN LOT #10181
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/14/02 and 8/16/2002<br>**Title:** Motion Requesting Reconsideration of Imposition of Sanctions<br>**Docket(s):** 110 & 111 | Upon reconsideration of the Court's Order (Docket No.108), the Court revokes the imposition of sanctions on David Roman, counsel for claimants, and Isabel Munoz, counsel for plaintiffs, in the amount of $500.00 each. The record shall so reflect.<br>The Court warns counsel that it is their duty to faithfully abide by Court orders and make all scheduled appearances on behalf of their clients. Due to a strict case management schedule and the need to expedite the handling of cases, the Court cannot always be so lenient in excusing counsel's failure to abide by Court orders and strict case management schedule. |
| **Date Filed:** 8/30/02<br>**Title:** Motions Requesting Finding of Disproportionality<br>**Docket(s):** 114 & 115 | The Government shall file an opposition with the Court by December 27, 2002. The opposition shall address claimants' motions for a finding of disproportionality and their request that on reconsideration, the Court set a fine in lieu of complete forfeiture. Shall the Government find it appropriate, it shall suggest the amount of an appropriate fine for the properties "D" and "F". |

Date: December 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

