

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES
    Plaintiff(s)

v.                              CIVIL NO. 97-1683 (JAG)

ONE URBAN LOT #10181
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:**<br>**Title:** Motions by Claimant Barbosa and Manuel Perez requesting Finding of Disproportionality and to Set a Fine in Lieu of House Forfeiture<br>**Docket(s):** 114 & 115<br><br>**X Plaintiffs**     ☐ **Third Party**<br>☐ **Defendant(s)**     ☐ **Other** | DENIED. Claimants do not contest the Government's right to forfeit their homes, but they contest the proportionality of the forfeiture in relation to the offense. They ask the Court to quantify an appropriate value for forfeiture and allow the owner an opportunity to redeem the house by paying a fine proportionate to the gravity of the offense. They cite to the fact that another claimant's home in the same action was released for a fine of $10,000. (Docket No. 115 at 2). The parties have not cited and the Court has not found one single case in which a Court has set a fine in lieu of complete forfeiture. While the Court is sympathetic to claimants' requests, it does not believe the forfeitures of properties D and F can be considered "grossly disproportional" to the gravity of the offenses. See generally USA v. The Real Property with Any Improvements Thereon located at 40 Clark Road, 52 F.Supp. 2d 254 (D. Mass. 1999); USA v. One Parcel Property Located at 427 and 429 Hall Street, 853 F.Supp. 1389 (M.D. Alabama); USA v. Parcel of Land and Residence at 28 Emery Street, 914 F.2d 1 (1st Cir. 1990). |

Date: February 6, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge