IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

v.

G) ALL JEWELRY INVENTORY IN "PRIME GOLD" JEWELRY STORE LOCATED AT CONCORDIA STREET #64, PONCE, P. R.

    Defendant

Civil Case No. 97-1683(JAG)

## DEFAULT DECREE OF FORFEITURE

On September 20, 2002, a Verified Complaint for Forfeiture <u>In Rem</u> was filed by the United States of America against the defendant properties.

That pursuant to a warrant for arrest issued by this Court, the United States Marshal for this District seized defendant properties on May 5, 1997. To date a a group of claimants have claims regarding specific jewelry and orders had been executed granting the release of their properties.

On February 26, 2003, a final notice of this action, in relation to property "G", was published in <u>El Nuevo Dia</u>, a newspaper of general circulation in the Island of Puerto Rico granting any remaining property claimant until April 1, 2003 to file a claim.

That no more claims have been filed, as provided for in Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of America, for a Default Decree of Forfeiture, it is hereby



ORDERED, ADJUDGED AND DECREED that the defendant All Jewelry Inventory in "Prime Gold Jewelry Store" be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant properties shall be disposed of according to law by the United States Marshal Service.

SO ORDERED.

In San Juan, Puerto Rico this 17th day of May 2003.

_____
JAY A. GARCIA GREGORY
United States District Judge