UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff(s)

v.

ONE URBAN LOT 10181
    Defendant(s)

CIVIL NO. 97-1683 (JAG)

RECEIVED & FILED
03 AUG 12 AM 9:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 2/13/2003<br>**Title:** Motion for Reconsideration<br>**Docket(s):** 126 | DENIED. |
| ☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | |

Date: August 7, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge



/133/